IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE R. TORRES,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNKNOWN,<br><br>            Defendant. | Case No. 2:06-cv-02569 JKS EFB P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On May 24 2007, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.

      Specifically, the magistrate judge recommended dismissal because the Plaintiff has failed to keep his address current in violation of Local Rule 83-183(b).  The Court has reviewed the file and notes that the problem with Plaintiff's address appears to have been corrected.  However, as Plaintiff has failed to comply with the Court's instruction of March 28, 2007 to file the required trust account statement within 30 days, dismissal is still appropriate.  *See* Local Rule 11-110; Fed. R. of Civ. P. 41(b).

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed May 24 2007, are adopted to the extent consistent with this Order;

2. This action is dismissed without prejudice; and

3. The Clerk shall enter judgment accordingly.

Dated this the 25th day of February 2008.

                                                        /s/ James K. Singleton, Jr.
                                                    **JAMES K. SINGLETON, JR.**
                                                      United States District Judge

ORDER